1166

No. 98–7603.  MILLS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–7608.  BRAVO v. DEPARTMENT OF VETERANS AFFAIRS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–7613.  RAMSEY v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 98–7614.  LENA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–7624.  JAMES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–7625.  BOGARD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–7627.  BLACK v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–7629.  PADILLA-MENDOZA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–7630.  ROBERTSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–7631.  SHERROD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–7632.  SLATER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 98–7633.  KEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–7639.  YOUNG v. BOWLEN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–7655.  MCDANIEL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–7657.  ERLACH v. NEW YORK CITY BOARD OF EDUCATION.  C. A. 2d Cir.  Certiorari denied.